Marcia Hofmann (SBN 250087)
Zeitgeist Law PC
marcia@zeitgeist.law
25 Taylor Street
San Francisco, CA 94102
Telephone: (415) 830-6664

D. Victoria Baranetsky (*pro hac vice*)
victoriabaranetsky@gmail.com
601 Van Ness Ave., Suite E731
San Francisco, CA 94102
Telephone: (415) 767-5566

Attorneys for Plaintiff
FREEDOM OF THE PRESS FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 3:15-cv-05709 MEJ<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

The parties in this action stipulate and agree as follows:

1. On February 25, 2016, defendant Department of Justice responded to plaintiff Freedom of the Press Foundation's July 25, 2014 and April 3, 2015 Freedom of Information Act (FOIA) requests that are the subject of this action. Defendant released responsive documents to plaintiff, withholding small portions pursuant to 5 U.S.C. § 552(b)(6).

2. Based upon defendant's assertion that all non-exempt responsive material located after a reasonable and adequate search of defendant's records has been released to plaintiff, the

parties hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action is voluntarily dismissed without prejudice.

DATED: March 25, 2016

Respectfully submitted,

*/s/ Marcia Hofmann*
Marcia Hofmann
Law Office of Marcia Hofmann
25 Taylor Street
San Francisco, CA 94102
Telephone: (415) 830-6664

D. Victoria Baranetsky (*pro hac vice*)
601 Van Ness Ave.
Suite E731
San Francisco, CA 94102
Telephone: (415) 767-5566

ATTORNEYS FOR PLAINTIFF
FREEDOM OF THE PRESS FOUNDATION

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Peter M. Bryce*
PETER M. BRYCE (IL Bar No. 62442)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7138
Washington, D.C. 20044
Telephone: (202) 616-8335
Facsimile: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

ATTORNEYS FOR DEFENDANT
DEPARTMENT OF JUSTICE

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Peter M. Bryce's concurrence in the filing of this document.

*/s/ Marcia Hofmann*
Marcia Hofmann